UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CIV-61630-RAR

**GREAT LAKES INSURANCE SE**, *et al.*,

    Plaintiffs,

v.

**SUNSET WATERSPORTS, INC.**, *et al.*,

    Defendants.
_____/

## ORDER REQUIRING COMBINED RESPONSES

**THIS CAUSE** comes before the Court *sua sponte*. The record indicates that Defendants Sunset Party Cat, Inc. and Sunset Watersports, Inc. ("Served Defendants") were served with process. *See* Returns of Service [ECF Nos. 5, 6]. However, no proof of service for Defendant Andrew Santeiro ("Remaining Defendant") has been filed. To better manage the orderly progress of this case, it is hereby

**ORDERED AND ADJUDGED** that the Served Defendants shall not file a response until the Remaining Defendant has been served with process. After *all* Defendants have been served, Defendants shall submit a **single combined response or separate answers** within the time allowed for the last-served Defendant to respond. Accordingly, Plaintiff shall promptly file a return of service after serving the Remaining Defendant.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 15th day of September, 2020.

                                                      **RODOLFO A. RUIZ II**
                                                      **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record